# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
William Thomas Sheehan

Debtor(s)    Case No. 24-10271-t13

## NOTICE OF AMENDMENT TO BANKRUPTCY SCHEDULE(S)

On 4/18/24, I filed amended schedule F. Pursuant to Local Rule 1009-1(b),[1] the following describes the amendment(s).[2]

Schedules A or B (individuals):

| Description of Property | Interest in Property (i.e., Debtor 1 only, Debtor 2 only, Debtor 1 and Debtor 2 only, at least one debtor and another) | Current value of entire property | Current Value of the portion owned |
|---|---|---|---|
|  |  |  |  |

Schedules A or B (non-individuals):

| Description of Property | Current Value of debtor's interest |
|---|---|
|  |  |

Schedule D:

| Creditor's name; last 4 digits of account #, mailing address | Claim amount | Collateral (i.e. property securing claim) | Collateral value | Any other changes (i.e. nature of debt, who owes the debt, nature of lien) |
|---|---|---|---|---|
|  |  |  |  |  |

Schedule E or F:

| Creditor's name; last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes (i.e. nature of debt, who owes the debt) |
|---|---|---|---|
| Pacheco Law Office<br>277 E. Amador Ave., Suite 301<br>Las Cruces, NM 88001 | $780.31 |  |  |

Schedule G:

| Contracting / leasing party; address | What the contract or lease is for |
|---|---|
|  |  |

Schedule H:

| Codebtor / spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt / community state or territory |
|---|---|
|  |  |

Schedules I or J:

---

[1] NM LBR 1009-1(b) requires that the notice of amendment "specify the amended or new information."
[2] Please delete all tables and text that do not apply to the amendment. If amending Schedule C, use NM LF 4003-1(e).

**NM LF 1009-1(b)**                                              -1-

| Amended or New Information |
|---|
|  |

Change in creditor's name or address::

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

Date: 4/18/24

/electronically submitted
Signature

Name: R. "Trey" Arvizu, III
Address: 715 E. Idaho Ave. Ste. 3F
Las Cruces, NM 88001
Telephone: (575) 527-8600
E-mail: trey@arvizulaw.com

### Certificate of Service

I certify that, 4/18/24 on the date set forth above, copies of this notice were served 1) via CM/ECF electronic notice on all creditors and parties in interest listed on the notice of electronic filing associated with this document; and 2) via first class mail, postage prepaid on all persons who have requested notice in this case but who do not receive electronic notice through CM/ECF.

/electronically submitted
Signature